**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

TRAVIS PHILMLEE, SR.                                                                    PLAINTIFF

V.                                          4:10CV00399 SWW/JTR

KARL BYRD,
Sheriff of Faulkner County, et al.                                                  DEFENDANTS

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that, pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's June 25, 2010 and August 5, 2010 Orders. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

DATED this 17th day of September, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE